[No. 3818–II.   Division Two.   August 14, 1980.]

RONALD J. SCOTT, *Appellant,* v. CIVIL SERVICE
COMMISSION FOR THE CITY OF BREMERTON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 78–2–0076–7, Jay W. Hamilton, J., entered

November 20, 1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.